| | | |
|---|---|---|
| In re | **Geoffrey L. Patterson** | Case No. **11-69629** |
| | **Heidi Patterson** | |
| | Debtor(s) | Chapter **13** |

## STIPULATION RESOLVING TRUSTEE'S OBJECTIONS TO FEE APPLICATION

NOW COMES Debtors, Geoffrey L. Patterson and Heidi Patterson, by and through their counsel, William C. Babut, PC, and the Chapter 13 Trustee, Krispen S. Carroll, who hereby stipulate to the entry of the attached Order Resolving Trustee's Objections to Fee Application and Approving Payment For Pre Confirmation and Post Confirmation Attorney Fees As An Administrative Expense Through Chapter 13 Plan.


/s/ Krispen S. Carroll
Krispen S. Carroll (P49817)
Chapter 13 Trustee
719 Griswold
1100 Dime Building
Detroit, Mi 48226
(313) 962-5035
notice@det13ksc.com

/s/Nathaniel H. Herdt
Nathaniel H. Herdt (P68144)
William C. Babut, PC
700 Towner
Ypsilanti, Mi 48198
(734) 485-7000
nherdt@babutlaw.com

## United States Bankruptcy Court
### Eastern District of Michigan

| | | |
|---|---|---|
| In re | **Geoffrey L. Patterson** **Heidi Patterson** | Case No. **11-69629** |
| | Debtor(s) | Chapter **13** |

## ORDER RESOLVING TRUSTEE'S OBJECTIONS TO FEE APPLICATION AND APPROVING PAYMENT FOR PRE CONFIRMATION ATTORNEY FEES AND FOR POST CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO L.B.R. 9014-1 (E.D.M.) FROM 4/13/11 THROUGH 5/22/12

This matter having come on to be heard upon the application of the attorney for the Debtors', all interested parties having been served with notice of the application and the provisions of L.B.R. 9014-1 and 2016-1 (E.D.M.) having been met, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1.       The court approves applicant's fees and expenses as follows:

Prior fees award:: $0.00
Prior costs awarded:          $0.00
Total award to date:                              $0.00

This award for fees:          $3745.62
This award for costs:         $243.21
Total this award:                              $3988.83

GRAND TOTAL FEES AND COSTS:          $3988.83

Less previously fees paid directly by debtor: $(500.00)

BALANCE DUE:                              $3488.83

2.       This award cover services rendered and expenses incurred during the time period of 4/13/11 to 5/22/12.

3.       Debtor's counsel shall serve a copy of this Order upon the Chapter 13 Trustee.

4.       To the extent that fees and costs pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) following dismissal.