61 2 - 006834

KAREN A COFFMAN
JACKSON COUNTY TREASURER
120 WEST MICHIGAN AVE
JACKSON MI 49201

Delinquent Tax for Property Number:
000-09-27-151-010-00

TAXPAYER NOTE: Are your name & mailing address correct? If
not, please make corrections below. Thank You.
Property Address:
995 OTNEY DR

| Total Due | 08/31/15 | 15,419.77 |

PLEASE CALL 517-788-4418 FOR PAYOFF
IF NOT PAID BY 8-31-2015

ICF NATIONAL BANK
RE: ACCT #_____
401 E LIBERTY ST
ANN ARBOR, MI 48107-8600

Make remittance payable to:
JACKSON COUNTY TREASURER
Amount Remitted: _____
If you owe 2013 and prior year taxes, payment
must be made in the form of cash, cashier check
or credit/debit. Beginning December 1 2015 all
2014 and prior year taxes must be paid by cash
cashier check, or credit/debit.
NO PAYMENTS ACCEPTED OVER THE PHONE

Please detach along perforation. Keep the bottom portion for your records.

## JACKSON COUNTY DELINQUENT TAX NOTICE

KAREN A COFFMAN
JACKSON COUNTY TREASURER
120 WEST MICHIGAN AVE
JACKSON MI 49201
517-788-4418
www.co.jackson.mi.us

ANY & ALL CREDIT PAYMENTS ACCEPTED
(Minimum transaction of $10.00 required in the office)
OR ONLINE FULL PAYMENT ONLY.
3% fee for ALL Credit Card transactions
Online @ www.co.jackson.mi.us.
NO PAYMENTS ACCEPTED OVER THE PHONE
OR BY MAIL

ICF NATIONAL BANK
RE: ACCT #_____
401 E LIBERTY ST
ANN ARBOR       MI   48107-8600

DELINQUENT TAXES DUE
TOTAL DUE

| TAX YEAR | 08/31/15 |
| --- | --- |
| 2014 | 2,884.07 PLEASE CALL 517-788-4418 |
| 2013 | 3,130.53 FOR PAYOFF IF NOT PAID |
| 2012 | 3,355.46 BY AUGUST 31 2015 |
| 2011 | 3,503.69 |
| 2010 | 1,867.68 |
| 2009 | 678.34 |
| TOTAL | 15,419.77 |

### PROPERTY INFORMATION
Property Number: 000-09-27-151-010-00
School Dist: EAST JACKSON
Property Address: 995 OTNEY DR

JACKSON

LEGAL DESCRIPTION
BEG AT THE NW COR OF OTNEY DR ALG N SEC LN
1323.64 FT TH S 8DEG 08'W 1099.05 FT TH N 81DEG
32'W 322.8 FT TH S 28DEG 40'W 659.76 FT TO A PT
FOR PL OF BEG OF  THIS DESCN TH N 71DEG 52'W
132.95 FT TO THE SHORE LN OF GILLETT'S LAKE TH
SWLY ALG SD SHORE LN 75 FT TH S 71DEG 52'W TO
THE WLY LN OF A DRIVE TH NELY ALG THE W LN OF SD
DR TO BEG. BEING THE N 1/2 OF LOT 42 AND ENTIRE
LOT 43 SWEET'S     ADDITION UNRECORDED AND
****BALANCE OF DESCRIPTION ON FILE ****

2013 AND/OR  PRIOR YEARS DELINQUENT TAXES
APPEARING ON THIS NOTICE  MAY HAVE BEEN
FORFEITED TO THE JACKSON COUNTY TREASURER ON
MARCH 1, 2015  IF THE PROPERTY IS NOT
REDEEMED BY MARCH 31, 2016,  TITLE WILL VEST
TO JACKSON COUNTY.  2014 TAXES WILL BE
FORFEITED MARCH 1, 2016

IMPORTANT TAX INFORMATION OCTOBER 1, 2015, IN ADDITION A
ONE TIME ADMIN FEE AND MONTHLY INTEREST OF 1%, A $15.00 FEE
WILL BE ADDED TO THE 2014 AND/OR PRIOR TAX YEARS NOT
PREVIOUSLY FORFEITED. ON MARCH 1, 2016, THE 2014 AND/OR PRIOR
YEARS TAXES NOT PREVIOUSLY FORFEITED WILL BE SUBJECT TO
FORFEITURE IF NOT PAID, AN ADDITIONAL FEE OF $175.00 WILL BE
ADDED TO THE DELINQUENT TAXES AND MONTHLY INTEREST WILL BE
-1/2%, RETROACTIVE TO MARCH 1, 2015.  PERSONS HOLDING A LEGAL
INTEREST MAY LOSE THAT INTEREST AS A RESULT OF THE FORFEITURE
AND SUBSEQUENT FORECLOSURE PROCEEDING.UNLESS THE UNPAID 2014
AND/OR PRIOR DELINQUENT TAXES NOT PREVIOUSLY FORFEITED,
INTEREST, PENALTIES AND FEES ARE PAID ON OR BEFORE MARCH 31,
2017, IMMEDIATELY SUCCEEDING THE ENTRY IN AN UNCONTESTED CASE
OF JUDGMENT FORECLOSING THE PROPERTY  ABSOLUTE TITLE TO THE
PROPERTY SHALL VEST IN THE COUNTY OF JACKSON AND ALL
REDEMPTION RIGHTS WILL HAVE EXPIRED.

IF THE ABOVE PROPERTY IS CURRENTLY IN BANKRUPTCY,
THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY

**ADDITIONAL FEES MAY OCCUR AS ALLOWED UNDER P.A. 123**